**Joseph A. MAGGIO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59158.**

Missouri Court of Appeals, Western District.

Submitted April 27, 2001.

Decided July 24, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2001.

Application for Transfer Denied Sept. 25, 2001.

Sarah Weber, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN A. SMITH, P.J., JAMES M. SMART, and VICTOR C. HOWARD, JJ.

## ORDER

PER CURIAM:

Joseph Maggio appeals the denial of his 24.035 motion for post-conviction relief. The judgment is affirmed. Rule 84.16(b).